JH

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BARBARA FORD and PHILLIP FAVIA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>PACIFIC WEBWORKS, INC., a Nevada corporation, THE QUAD GROUP, LLC, a Utah limited liability company, BLOOSKY INTERACTIVE, LLC, a California limited liability company, INTERMARK COMMUNICATIONS, INC., a New York corporation,<br><br>*Defendants.* | Case No. 09-cv-07867<br><br>Hon. Joan H. Lefkow<br><br>Magistrate Judge Denlow |

## [~~PROPOSED~~] ORDER RELATING AND CONSOLIDATING CASES

This matter coming before the Court on Plaintiffs' Motion to Relate and Consolidate Cases (ECF No. 139), due and adequate notice having been given, the parties appearing through counsel and consenting to the underlying relief requested by Plaintiffs, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Plaintiffs' Motion to Relate and Consolidate Cases is granted;

2. The matter captioned *Booth, et al. v. Pacific WebWorks, Inc., et al.*, Case no. 1:11-cv-8561 (N.D. Ill.) (the "*Booth* matter") is hereby related to the instant action;

3. The Clerk of the Court is hereby instructed to reassign the *Booth* matter to this Court;

4. Upon reassignment to this Court, the *Booth* matter shall be consolidated with the instant action for all further proceedings, including trial; and

5. The docket number in this matter shall control and at all times appear above the docket number for the *Booth* matter, and the case caption shall reflect that the matters have been consolidated.

**IT IS SO ORDERED.**

Entered: DEC 29 2011
   DEC. 29, 2011

HONORABLE JOAN H. LEFKOW
UNITED STATES DISTRICT JUDGE