**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LYNETTE BOOTH, BARBARA FORD, and PHILIP FAVIA, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br> *v.* <br><br> PACIFIC WEBWORKS, INC., a Nevada corporation, THE QUAD GROUP, LLC, a Utah limited liability company, and BLOOSKY INTERACTIVE, LLC, a California limited liability company, INTERMARK COMMUNICATIONS, INC., a New York corporation, <br><br> *Defendants*. | **Case No. 09-cv-07867** <br> *Consolidated with* Case No. 1:11-cv-08561 <br><br> Honorable Joan H. Lefkow <br><br> Magistrate Judge Morton Denlow |

**STIPULATION TO REMAND ACTION
TO THE CIRCUIT COURT OF COOK COUNTY**

Plaintiffs Lynette Booth and Barbara Ford ("Plaintiffs") and Defendants Pacific

Webworks, Inc, The Quad Group, LLC, and Bloosky Interactive, LLC ("Defendants,"

collectively "the Parties"), by and through their undersigned counsel, hereby stipulate and agree

to remand the action captioned *Booth, et al. v. Pacific WebWorks, Inc., et al.*, Case no. 1:11-cv-

08651 (the "Action"), which has been related and consolidated with Case no. 1:09-cv-07687

before this Court, to the Circuit Court of Cook County, Illinois. In support of the instant

stipulation, the Parties state as follows:

WHEREAS, the Action was originally filed in the Circuit Court of Cook County, Illinois,

County Department, Chancery Division;

WHEREAS, on December 1, 2011, the Quad Group removed the Action to the United

States District Court for the Northern District of Illinois;

1

WHEREAS, by Order entered December 29, 2011, the Court related and consolidated the Action with Case no. 1:09-cv-07687 pending before it;

WHEREAS, the Parties have reached a class action settlement that, if finally approved, will fully and finally resolve all claims asserted against Defendants in the Action;

WHEREAS, the Parties have reduced their settlement to a written settlement agreement and the agreement has been executed in full;

WHEREAS, the Parties' settlement agreement contemplates effectuation of the settlement in the Circuit Court of Cook County, Illinois, where the Action was originally filed;

WHEREAS, the Parties have conferred and agreed that, in accordance with their settlement agreement, the Action should be remanded to the Circuit Court of Cook County, Illinois for all further proceedings; and

WHEREAS, the Parties have further agreed that the remand contemplated herein shall be *without prejudice* to Defendants' rights pursuant to 28 U.S.C. §§ 1446 and 1453;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1.      The Action captioned *Booth, et al. v. Pacific WebWorks, Inc., et al.*, Case no. 1:11-cv-08651, which has been related and consolidated with Case no. 1:09-cv-07687, shall be remanded to the Circuit Court of Cook County, Illinois, County Department, Chancery Division;

2.      Remand of the Action shall be *without prejudice* to Defendants' rights pursuant to 28 U.S.C. §§ 1446 and 1453;

3.      The Clerk of the Court shall mark the Action as closed; and

4.      The Action captioned *Ford, et al. v. Pacific WebWorks, Inc., et al.,* Case no. 1:09-cv-07687, shall not be remanded and shall remain with this Court.

**IT IS SO STIPULATED.**

**LYNETTE BOOTH and BARBARA FORD**, individually and on behalf of all others similarly situated,

Dated: June 8, 2012    By: /s/ Rafey S. Balabanian
                           One of Plaintiffs' Attorneys

Rafey S. Balabanian (rbalabanian@edelson.com)
Benjamin H. Richman (brichman@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

**PACIFIC WEBWORKS, INC.**,

Dated: June 8, 2012    By: /s/ Robert E. Mansfield
                           One of Defendant's Attorneys

Randall D. Lehner (rlehner@ulmer.com)
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, Illinois 60661
Telephone: 312-658-6518
Facsimile: 312-658-6519

Robert E. Mansfield (rmansfield@swlaw.com)
J. Elizabeth Haws (bhaws@swlaw.com)
Adam C. Buck (abuck@swlaw.com)
Christopher B. Sullivan (csullivan@swlaw.com)
Snell & Wilmer, L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1975

**THE QUAD GROUP, LLC**,

Dated: June 8, 2012    By: /s/ Robert E. Mansfield
                           One of Defendant's Attorneys

Randall D. Lehner (rlehner@ulmer.com)
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, Illinois 60661
Telephone: 312-658-6518
Facsimile: 312-658-6519

Robert E. Mansfield (rmansfield@swlaw.com)
J. Elizabeth Haws (bhaws@swlaw.com)
Adam C. Buck (abuck@swlaw.com)
Christopher B. Sullivan (csullivan@swlaw.com)
Snell & Wilmer, L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1975

**BLOOSKY INTERACTIVE, LLC**,

Dated: June 8, 2012          By: /s/ Ari N. Rothman
                                 One of Defendant's Attorneys

Ari N. Rothman (anrothman@venable.com)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4220


**IT IS SO ORDERED.**


ENTERED: _____


_____
HONORABLE JOAN H. LEFKOW
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

       I, Rafey S. Balabanian, an attorney, hereby certify that on June 8, 2012, I served the above and foregoing ***Stipulation to Remand Action to the Circuit Court of Cook County***, by causing a true and accurate copy of such paper to filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 8th day of June 2012.

                /s/ Rafey S. Balabanian