IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNETTE BOOTH, BARBARA FORD, and PHILIP FAVIA, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br>  v.<br><br>PACIFIC WEBWORKS, INC., a Nevada corporation, THE QUAD GROUP, LLC, a Utah limited liability company, and BLOOSKY INTERACTIVE, LLC, a California limited liability company, INTERMARK COMMUNICATIONS, INC., a New York corporation,<br><br>      *Defendants*. | **Case No. 09-cv-07867**<br>*Consolidated with* Case No. 1:11-cv-08561<br><br>Honorable Joan H. Lefkow<br><br>Magistrate Judge Morton Denlow |

## STIPULATION OF DISMISSAL

Plaintiffs Barbara Ford and Philip Favia ("Plaintiffs") and Defendants Pacific Webworks, Inc., The Quad Group, LLC, Bloosky Interactive, LLC, and Intermark Communications, Inc. ("Defendants," collectively "the Parties"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss the action captioned *Ford, et al. v. Pacific WebWorks, Inc., et al.*, Case no. 1:09-cv-07687 (the "Action"), *without prejudice*. In support of the instant stipulation, the Parties state as follows:

WHEREAS, by stipulation dated June 8, 2012, the Parties informed the Court (i) that Plaintiffs, Pacific WebWorks, The Quad Group and Bloosky had reached a class action settlement that, if finally approved, would fully and finally resolve Plaintiffs' claims against Pacific WebWorks, The Quad Group and Bloosky in the Action, (ii) that the settlement had been reduced to writing and fully executed, and contemplates effectuation through the case captioned *Booth, et al. v. Pacific WebWorks, Inc., et al.* (the "*Booth* matter") in the Circuit Court of Cook

1

County, Illinois, and (iii) requested that Court remand the *Booth* matter to the Circuit Court of Cook County in accordance with the terms of the settlement agreement, (Dkt. 157); and

WHEREAS, in light of the settlement, the Parties have conferred and agreed to dismiss this case and each of Plaintiffs' claims against Defendants, *without prejudice*, so that they may focus their efforts and resources on obtaining approval of the settlement in the Circuit Court;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. The Action and each of Plaintiffs' claims against Defendants shall be dismissed *without prejudice*; and

2. Each party shall bear their own costs and attorneys' fees in any way related to the litigation of the Action, except as otherwise contemplated by Plaintiffs' and Pacific WebWorks', The Quad Group's, and Bloosky's written settlement agreement.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | **BARBARA FORD and PHILIP FAVIA**, individually and on behalf of all others similarly situated, |
| Dated: June 15, 2012 | By: /s/ Rafey S. Balabanian<br>       One of Plaintiffs' Attorneys |
|  | Rafey S. Balabanian (rbalabanian@edelson.com)<br>EDELSON MCGUIRE LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378 |
|  | **PACIFIC WEBWORKS, INC.**, |
| Dated: June 15, 2012 | By: /s/ Robert E. Mansfield<br>       One of Defendant's Attorneys |

2

Randall D. Lehner (rlehner@ulmer.com)
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, Illinois 60661
Telephone: 312-658-6518
Facsimile: 312-658-6519

Robert E. Mansfield (rmansfield@swlaw.com)
J. Elizabeth Haws (bhaws@swlaw.com)
Adam C. Buck (abuck@swlaw.com)
Christopher B. Sullivan (csullivan@swlaw.com)
Snell & Wilmer, L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1975

**THE QUAD GROUP, LLC**,

Dated: June 15, 2012        By: /s/ Robert E. Mansfield
                                 One of Defendant's Attorneys

Randall D. Lehner (rlehner@ulmer.com)
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, Illinois 60661
Telephone: 312-658-6518
Facsimile: 312-658-6519

Robert E. Mansfield (rmansfield@swlaw.com)
J. Elizabeth Haws (bhaws@swlaw.com)
Adam C. Buck (abuck@swlaw.com)
Christopher B. Sullivan (csullivan@swlaw.com)
Snell & Wilmer, L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1975

**BLOOSKY INTERACTIVE, LLC**,

Dated: June 15, 2012        By: /s/ Ari N. Rothman
                                 One of Defendant's Attorneys

                                        Ari N. Rothman (anrothman@venable.com)
                                        Venable LLP
                                        575 7th Street, NW
                                        Washington, DC 20004
                                        Telephone: (202) 344-4220

                                        **INTERMARK COMMUNICATIONS, INC.**,

Dated: June 15, 2012                By:  /s/ Ina B. Scher
                                                One of Defendant's Attorneys

                                        Ina B. Scher (ischer@dglaw.com)
                                        DAVIS & GILBERT LLP
                                        1740 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 468-4937

**CERTIFICATE OF SERVICE**

  I, Rafey S. Balabanian, an attorney, hereby certify that on June 15, 2012, I served the above and foregoing ***Stipulation of Dismissal***, by causing a true and accurate copy of such paper to filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 15th day of June 2012.

                /s/ Rafey S. Balabanian